03cv3856



RECEIVED
AUG 0 5 2025
PRO SE OFFICE

Curtis Van Stuyvesant

Apartment Number 15-H

97-15 Horace Harden Expressway

Corona New York 11368.

August 1, 2025.

"Honorable" Laura Taylor Swaine

United States District Court Southern District of New York

The Daniel Patrick Moynihan United States  Courthouse

500 Pearl Street New York New York 10007.

RESUBMISSION.

-------------------------------------

Re: Curtis Van Stuyvesant v. James Conway sub norm Julie Wolcott Superintendent Attica Correctional Facility Docket Number 03856 [SDNY.2007] [  Lewis A. Kaplan USDJ]  [Debra Freeman USMJ] See WL 2584775  [SDNY.2007] Federal Rule of Civil Procedure 60[b][1][2][3][4][6]  re 28 U.S.C. 2254

My dear Laura,

1..	You are a  very naughty girl. What am  i going to do with you ? You are supposedly a grown ass woman. Telling you to go stand in a corner and time out as if you are a toddler is preposterous. Both myself and   Black American Negro gold digging  ex-wife who is the  mother of my two oldest sons, the Aristocrat Castilian Spanish- Cuban mother of my  oldest daughter and French Euroasian tiled noble lady Countess mother of  my youngest  twin son and daughter did not believe in spanking  our children as a form of discipline. We used other form of discipline recommended by " the Better Baby Institute of Philadelphia.

2.   All my kids  had 100 % on their LSAT. The New York County DA  has their score because I sent it o Morganthau to mock them. In view of the fact I am not into S & M. I am going to  leave your spanking to your Journeyman British husband if he  is still  in to S & M fetish. You married an importer of cheap carpets and rugs made by slave laborers in  China, and Southeast Asia but because he is a Caucasian Briton, you believe  that you are ae better than the rest of the African diaspora.

3.   My twin oldest sisters are married to the United Kingdom  Pear of  the Real. While those two witches are arrogant and very snobbish because of their marriage and professions as surgeons they still identify themselves as Africans.. I don't I like them because they think their shit does not snick. I have won the first round of anonymous v.  anonymous law suit to invalidate my  family anachronistic   codicil clause disinherited. any beneficiary convicted of a crime.  Court watches said it. I have as always a bevy of very exotically beautiful intelligent brainy no nonsense e ladies advocating for me. unlike the Silme balls in New York City who are culpable in my Kafkaques nightmare.

4. I was represented by both my daughters, their mothers, my granddaughter, former lover who is a Cape Verdean-American exotic beauty. She was an AUSA in the SDNY, became a vault 100 law firm partner, who became the widow of a Silicon Valley billionaire and a personal friend who introduce my lover to and asked him to make her an honest lady, because in1982,I was not ready for marriage is my and American female friend represented me.

5. My friend and i met when she spent a year a Oxford on a Fulbright. She is a Harvard BA, JD/MBA. Her daughter is my god daughter and her two sons are my god sons. They are all ivy league educated and with JD/MBA. My Cuban mother of my oldest daughter is University of Havana; McGill University Cananda LL law, Harvard JD/MBA, and the Eurasian is Oxford LLB, LLM, Harvard JD/MBA, oldest daughter Harvard BA, JD/ MMBA., youngest daughter, Oxford LLB/ LLM and Harvard MBA. I am entitled to retroactive award of $ 25 million dollars tax free plus interest annually from July 6, 1999 when I was wrongfully unconstitutionally convicted.

6. The witches have appealed to the court of appeals it will end up in the Supreme Court of the United Kingdom. It is not going to be decided by the Privy Council because I am domicile I h USA and America is no longer a colony; They are all very filthy rich. Cape Verdean, Cuban and Eurasians are billionaires.. I could become kept man, but I would rather starve to death than to accept a dime from a woman including my daughters, granddaughter because I am not a pimp, Mack Daddy or bunder.

7. Their Grosvenor Square and Belgravia London City homes and Shires estates have Afrocentric museum quality artifacts. My Baby sister who is also a surgeon is married to a Canadian- American Jewish Surgeon. My two daughters are married to very successful and wealthy Jews surgeon an investment banker from very old family money, but they have not forgotten their African heritage. My granddaughter Zoe number 2 husband is French- Japanese Euroasian. None of my three sons and grandsons are married .My great-great grandparents, great grandparents, grandparents and parent collected Bukhara Silk handmade rugs and I did also. I know my rugs. My daughters estates in Connecticut are a tapestry of museum quality rugs. Does your husband Knows what is a Bukhara?

8. Do you know what was hilarious . When surrendered to New York County District Attorney Office invaginators on August 27, 1998 at 10.45 A.M on 100 Centre Street New York County Court house building First Executive Siistan District Attorney James Kindler paid me a visit in the DA holding cell. The dwarf was wearing a cheap tan light weight suit. He said to me I expected you to be more than six feet tall because of what I have read in your dossier that you are a lady killer with a very expensive culinary taste, and you are wearing bespoke Savile Row suit, shirts, handmade bespoke John Lobb Loafers, Les must cartier wooden frame prescription sunglasses and have more than five thousand dollars in your wallet, platinum and black charge and credit cards. Ironically Kindler Kept his word as a prosecution witness and acknowledged that my indictment was defective.

9. I was unkind, calling Kindler shortly, when I asked him, why was I indicted for crimes I did not commit. A cloud crowded his brow. Kindler was not a bad person. A lot of shit was done under his name. He looked at me with sadness in his eyes and said to me " you are a very dangerous man" who has disrupted the status quo and liberty interest of judges and prosecutors with your private attorney general anti-public corruption activities. I know you did not commit a crime. You can subpoena me as a witness, but I can only testify by interrogatories that your indictment was defective. I think you should leave New York. Forge about your stolen money. Accept a not guilty plea a result of temporary insanity. It is a win, win, win, for everyone. You will be convicted should you go to trial, and you will be dead in state prison

2

10. Kindler offered to pay for my lunch because I have an expensive taste for good food and the DA office budget for high profile white collar prisoners is for hamburgers or Kentucky fried chicken. I rejected his offer. Kindler also acknowledged that I made an intelligence choice not to be admitted in New York, and Morganthau was very angry and frustrated that the United Kingdom , France and European Union decided not to revoke my license.

11. I asked him how he knew under what name I was educated at. He admitted that when my Scarsdale Village home was burglarized, my diplomas was found in my den which correspond to my parent will and other documents seized. DA investigators Harrington and Chung were very solicitous send apologetic when they told me what the DA budget for lunch was. I asked if I could order one time from restaurant. They said it was against Regulations, but agreed , because to because it would be my last decent meal of choice.

12. I ordered escovitch king fish, pepper shrimp, oxtail, fried plantains, rice, peas, and vegetable salad from Peppers restaurant on Leonard and Broadway. I was a silent partner. The face was a Jamaican-American ADA in Bronx County, and a Jamaican-American defense criminal defense attorneys. Dianne Renwick Presiding justice First Department use to bring he skinny ass full length wearing mink coat to Peppers restaurant & Fahrenheit night club before her marriage to Robert Johnson when he was Bronx County DA.

13. I bailed out at a loss of equity when it became a narcotic laundering machine, and I shut it down after my last meal. I used to court Peppers. Unted states senators, House of Representatives members, NYS legislature member , City council. Public advocates. Mayors use o come hat in hand to kiss my ass for campaign donations. Dvid Dinkin had a key to my Manhattan brown stone between Columbus Avenue and Central Park West when he was mayor. It was where he had his tryst including Caroline Jones of Mingo & Jones advertisement agency who's was his mistresses number one.

14. Her Honore Constance Baker Motley and Johnny Cochran pled with me admitted to te bar. Motely liked my ex-wife and she was angry about my womanizing and constantly on my case to make my doomed marriage work. Mr. Motley on the other hand knew wee I was unhappy because I confided in him how I was trapped with the pregnancy of my oldest son by a gold digger because I did not want him to become a bastard. Mr. Motley also told my ex despised Zoe and farm her out of a boarding school, and even on holidays she did not welcome Zoe, who is my heart, but made him promise to tell Judge Motley, because I did not wanted a disruption with her relationship with Zoe.

15. Judge Motley was there for Zoe became a woman and had her first period because I was separated and raising my daughter as a single parent, who did not know what to do. Monley was there for Zoe when she was admitted at Choat Rose Mary Hall. It was because was of Motley Zoe decided on Harvard instead of Yale, because Motley rightfully told her Yael is a racist misogynist institution. Zoe went on to obtain her BA, JD/MBA, and when I was incarcerated.

16. Motley, had predicted I would be convicted in state court and all my politically connected powerful American negroes would abandon me and play a central part in kafkaques nightmare. But she consoled Zoe by telling her just like my parents, I am a fighter who would survive and no matter her long it take to triumph and be exonerated . Throughout my incarceration until her death Judge Motley kept in touché with Zoe and her husband whom she adored and visited them in England when she gave birth to my twin grand son and daughter in exile. Morganthau et al came after my daughter in an attempt to have her

3

disbarred. Motley confronted Morganthau and told him she remained silent because I asked her nit to intervene but warned him to leave Zoe and her husband alone.

17.    You already to know that Zoe is a love child nd was born in Cuba where I was sent to o medical treatment after the Grenada a revolution. You also know how I extracted Zoe a bunch of kids and nuns in a Cuban Catholic orphanage thar cater to Cuban elites "wayward" daughters having a child out of wed lock . You also already know that my ex-wife did not want Zoe and when she gave me an ultimatum to choose her and marriage over Zoe.

18.    I chose my daughter over her and got separated. I was not vulnerable because I did not marry the bitch for a green card which infuriated her. She had no control over me. I was a single man raising a precocious exotically beautiful child- woman. I was fortunate I had a village of very strong, independent educated, wealthy, successful white collar professional ladies of all race and ethnicity help me to raise Zoe. If you are wondering.

19.    I explicitly told judge Morley not to intervened on my behalf . My last phone call to her was after my conviction. I told her to forget about me but to protect Zoe. Motley had access to one of my bank accounts in Washinton D.C and per my instruction disbursed funds to Zoe, and after her under graduate graduation gave control to Zoe. Motley was pleased when m Section 2254 was assigned to Judge Francis. She was alarm, distress, and concern when Lewis Kaplan flagged and assigned himself to my Section 2554 petition.

20.    Motley despised Lewis Kaplan. She informed Zoe that USMJ Debara Freeman was incompetent, corrupt, unethical, immoral and a racist xenophobic bigot under the influence of Kaplan, and that I was doom, because fraud on the court is going to occur . Judge Motley deliberately memorialized her sentiments in a letter to Zoe before her death in 2005.You can read judge Motley correspondence with Zoe in her autobiography " Iam a Diaspora American Dream."

21.  Did you actually believe I could denied me acc ess to the court by fraudulently concealing my FRCP 60[b][1][2][3]4][6] motion after 22 years of abuse of process, fraud on the court and obstruction of Justice ? I am resubmitting  my Federal Rule of Civil Procedure 60[b][1][2][3][4][6] motion which was disingenuously transfer to the United States District Court for the Eastern District of New York without prior notice or my informed consent. It was returned back to me because the venue was improper in the EDNY. Once again you are imitating Lewis " douche bag" Kaplan. I cannot be bared because there are no procedural barriers, real or imaginary defects in my pleading. The Federal Rules of Civil Procedure and 28 U.S.C 2254 Rules was scrupulously adhered. In the Art of War by Sun Tzu he wrote Exploiting Enemy Arrogance: If the enemy becomes complacent or arrogant they may be susceptible to ambush. Putting mildly, you have been ambushed

22.    Sorry to disappoint you unlike 2007 when I was hospitalized for surgery that went wrong and was in an induced medical comma, I was released from the hospital after my bone marrow transfusion on July 26, 2025 and ambulatory. I am covering in my youngest son bachelors duplex Tribeca Loft Condominium. You knew I was in a Long Island Hospital for my procedure which is not being paid b for by NYS Medicaid. It is a free treatment as a courtesy to my Jewish son in law, who is married to my oldest daughter. He is a world renown top university teaching hospitals attending surgeon, tenured medical schools professor, and bioscience/pharmacology researcher.

23.    In 2007 Kaplan rejected and denied my Federal Rules of Civil Procedure 72 and 28 U.S.C. 663[][1] motion challenging former Chief Magistrate Judge Debra Freeman Report & Recommendation as time

4

bar. But the annal prick was cognizant of the fact I was in an induced medical comma at Erie County Medical Center Intensive Care Unit guarded by two NYS Department of Corrections prison guards where Freeman ordered to release her R& R dying federal habeas to prevented me from controverting her fraudulent R& R

24.    From September 1998- April 2003 I was cognizant of the fact that I would not prevail in the Unified Court System despite more than three dozen constitutional rupturing plain errors due to the fraud on the court and the fact that Robert Morgenthau et al liberty and reptation was in jeopardy. I was wrong in presuming that the new crop of clowns nominated and confirmed as Article III federal judges in the SDNY were of the same caliber as Judges Motley, Brieant and Francis. It was rude awaking after the death of Francis Morganthau ordered my 28 U.S.C 2254 petition to be resigned to the most corrupt United States District Court in New York. From June 2003 to July 2007 Kaplan sat on my petition.

25.    It was reviewed only after Kaplan was notified that I was in a medically induce coma at Erie County Medical Center Buffalo New York. I was fighting for my life in ICU when USMJ Debra Freeman released her incomprehensible, unarticulated, frivolous, fraudulent R & R recommending denial of habeas corpus. She simply plagiarized Anrew Cuomo at al memorandum of law, which Assistant NYS Attorney General Robin Jennfer Danburg and Assistant NYS Solicitor General Robin Forshaw also plagiarized verbatim from ADA Hillary Hassler and Kriste Kirk Appellate Division First Judicial Department brief. Hassler and Kirk brief was a plethora o bald face lies presented as newly alternative facts that dehored certified pre-trial omnibus motion proceedings, trial transcripts, post-conviction CPL 440.10, 4610.

26.    Each time I am leaning towards squashing my indictment against you for moral crimes, another dumb stunt is pull by you again. Judicial canons and ethical requires Margo Brodie to have sent back my motion to the Southern District of New York and not to be because I did not file my motion in the Eastern District. Margo Kitsy Brodie is beginning to annoy me. I am placing you on the same notice given to Brodie. No more fraud on the court will be tolerated. Of public opinion is still anxiously awaiting my social media indictment of everyone culpable in my Kafkaques nightmare .

27.    Both you and Margo Brodie are putting on a dog and pony show. Brenna K. Mahoney Clerk of the Court EDNY and the dingbats clown in his office are cherry picking my exhibits annexed to the Hochul et al constitutional tort. For example, pages 39-46 paragraphs 190-280 and Part III " New York State violation of the Convention Against Torture re United States House of Representative Nicole Malliotakis May 20, 2025 Memo was sent back to me. How could a jurist of reason review an incomplete exhibit? This was exactly what those Mofos in the New York County District Attorney Office per that harlot Fredericka Miller my perfidious kleptocrat un wanted stand by counsel by ordering my grand inquisitor John Stackhouse to do during my persecution and exhibits proving the culpability.

28.    I have given Brodie the benefits of doubt, but it seems she has no control over the dingbats in her clerk's office in the same manner Debra Ann Livingston has abdicated her authority to that geriatric voyeur sexual pervert Catherine O' Hagan Wolfs and her minion of low IQ morons in the Second " Circus" Circuit Clerk's office You are in violation of both the omnibus Clause of 18 U.S.C. 1503 and United States Constitution First Amendment Petition Clause. Apparently you have not learned anything from Lewis " douche bag" Kaplan's exposed open ended fraud on the court and obstruction of justice

29.    Get your face out of Kaplan's grimy rectum and stop eating this asshole bull shit. Do what the tax payers are paying you to do, which is to adjudicate on the merits on facts and law by applying SCOTUS precedents, dictums and dictas to you opinions or reasoning. My other advice is to forget ivy league law

5

schools students and graduates, as interns and law clerks, because they are self-absorb, entitled, arrogant, incompetent, narcissi prima donnas with sicks up their stuck up their ass. Give the kids from Brookly Law, Pace and CUNY School of Law a chance because not only and they are intelligent, they are diligent workers who take's legal research very seriously, and wont embarrass you with your Rooker-Feldman and Private Attorney General folly.

30.    Did you skip your first year Constitutional Law and foundation core Civil Procedure, Torts, Criminal Law and Legal Writing classes ? I am tired of giving former transactional lawyers in this court who are masquerading in their black judicial robes Halloween costumes while impersonating jurists of reasons continuing legal education [CLE]. This nation has long view a person's ability to gain access to court as a fundamental element of our democracy. Chief Justice Marshall in Marbury v. Madison 5 U.S. 137 [1803] described the ability to obtain civil redress as the "very essence of civil liberty. Id at 163. Yet the United States District Court for the Southern District of New York and the United States Cout of Appeals for the Second "Circus" Circuit clowns, knaves and carnival barkers have stripped me of this right.

31.    Certain groups such as prisoner, enjoys a constitutional right of court access which while I was wrongfully incarcerated I did not due to fraud in the court and obstruction of justice, but the average person in an ordinary civil case does not had such a right. A universal right of court access has emerged and it came from an unlikely Source the Petition Clause of the First Amendment which I called the " new" right of court access, because a careful reading of the clause indicated the founding fathers and drafters did not mention the courts . Instead, it is the right to petition the government i.e., Congress is the last guarantee of the First Amendment: "Congress shall make no law. . . abridging. . . the right of the people. . . to petition the Government for a redress of grievances.'

32.    One of the only context in which the right to petition regularly appears is in antitrust. SCOTUS holds, under its " Noerr-Pennington doctrine," that petitioning activity , such as lobbying, cannot be subjected to the antitrust laws even if done for an anti-competitive motive. It was an application of this doctrine in which SCOTUS first recognized an individual's right of access to the court under the Petition Clause. In 1972 SCOTUS announced in an anti-trust case that the right of access to the courts is indeed but one aspect of the right to petition. See California Motor Trans, Co. v. Trucking Unlimited 404 U.S.508, 513 [1972].

33.    Laura I don't have the time for either your buffoonery or dark Shakespearean comedy of errors nor do I have the inclination of being a party to your Kabuki political dance absurdity. While bone marrow transfusion is a minor surgery done under anesthesia side effect is pain and in my case because I won't take opioids, it is debilitating.

34.    More over in view of the fact Eric " crooked" Adams and Kathleen "scarecrow" Hochul are abusing process and retaliated against me by arbitrarily and capriciously terminating SNAP benefits, decreased New York Rx Medicaid prescription coverage, , every penny counts. I can't afford to waste money for priority mail postage and photo copies to resubmit court papers already filed in the court due to unethical dingbats "negligent" and profound stupidity, when I am surviving on can sardines, tuna fish, english tea biscuits, dehydrated fruits, ginger-honey herbal tea which is my survival ration always stock in my Kitchen cupboard for emergency times such as now. Emergency SNAP benefits were restored on July 26, 2025.

35.    I am a survivor :

> I survived torture when I was a young naive international human
> rights lawyer. I survived the bitter brutal depraved killing fields

6

of Angola gorilla jungle warfare. I was a long range reconnaissance special force commando frontline combat office in Angola. As the saying goes, "old soldiers never die they simple fade away," was famously spoken by General Douglas MacArthur on his April19,1951. He used the phrase in his farewell address to Congress after being relived of his command in the Koran War by President Truman. I have survived NYS State Department of Corrections Community Supervision, New York State Unified Court System judges, New York County District Attorney Office human phase one nazi type medical experiments, physical and psychological and I am surviving federal judges in New York lawfare. I survived Barack Obama/ Joe Biden/ Eric Holder/ Jeh Johnson attempt to murder me extra-judiciary in violation of customary international law non refoulment doctrine. I am INVICTUS.

36.    In Curtis Van Stuyvesant v. Melissa Ann Crane, Justice of the Supreme Court, County of New York Civil Term et al Docket # 23-cv-3633 [EDNY. May 24,2023] venue was proper in the EDNY, but you flagged it and it became a United States District Court for the Southern District of New York case with Docket #: 1:23-cv- 4394 [2023].. You did a hatchet job and eviscerated my very well pleaded 42 U.S.C. 1983, 1985, 1986, 1988 constitutional tort that with both Federal Rule of Civil Procedure Rule [a][2] notice and 9[b] particularized statement which was neither conclusory nor regurgitating legalese.

37.  I stated a claim which even a moron who is the proverbial village idiot could understand. Why didn't you invoke SCOTUS Heck v. Humphrey in view of the fact I am seeking monetary judgment? You wrongly presumed that by invoking SOCTUS Rooker-Feldman, you would get away with fraud on the court and obstruction of justice. You did not think I was going to tar you a new rectum by becoming personal with your unwarranted insults. What gave you the right to lie that I am a misogynist vulgar anti-Semitic?

38.   The defendants are judges, prosecutors, law clerks, and lawyers represented by lawyers. You made a fool of yourself by coalescing a 1999 ultra vires void for voidness Judgement of conviction which is a nullity procured on a defective indictment on non-existing United States Constitution Article III federal subjection matter immigration fraud fabricated from a when cloth by New York County District Attorney Office prosecutors with New York County Supreme Court Judge Melissa Ann Crane, Ellen Biben, Jill Konviser Levine 2023 criminal violation of 18 U.S.C 241, 242, 245 of my civil rights. You ruin your reputation to protect Melissa Ann Crane who is an entitled self-absorbed deplorable, unethical, immoral , narcistic nepo baby, a dim wit psychotic sociopath heifer who is a reprobate and trollop.

39.   In view of the fact that Van Stuyvesant v. Conway sub nom Wolcott FRCP TO[b] motion is radioactive, and even honest, ethical, independent judges who have moral compass are afraid to be contaminated by Lewis A. Kaplan, Coleen McMahon, Loretta Preska, Paul Engelmayer, Jennifer Rochon, Debra Freeman, Ruby Krajick, Debra Ann Livingston, Catherine O'Hagan Wolf very contagious fraud on the court diseases and extraneous influences, which has become an epidemic in this court, the buck stops with you, because you are the Chief Judge. Assigned my case to yourself. Court watchers are waiting to see whether or not you are going to become a UNICORN.

40.     My advice to you is go read Hon. Jack. B. Weinstein deceased former Chief Judge United States District Court Eastern District of New York who died at age 99 on June 25, 2021 "corpus" of federal rules

7

of civil procedure 60[b] motions, 28 U.S.C 2254petitions 28 U,S,C. 1651 all writs act, 42 U.SC. 1983 et seq constitutional tort. Judge Weinstein  embodied the meaning of a "Solon," which can refer to two main things " wise and skillful law maker. Solon was a  renown Athenian  statesman, lawmaker, poet and lawmaker from ancient Greece.

41.   If you think  you in a moral dilemma conundrum to either correct an egregious miscarriage of justice where an actual innocent man was denied habeas  corpus, or maintain the current status quo by staying the course of this court long term open ended fraud on the court and obstruction of justice,  Curtis Van Stuyvesant v. Melissa Ann Crane Justice of the Supreme Court et al FRCP 60[b][3[6] motion will be filed on August 4, 2025.

42.   Laura you are. Laura you are " Running on Fumes" with no fuel left because you and your brethren have exhausted their  fraud on the court and obstruction of justice and your founded epiphany and enlightenment come to realize the reality that none of you unethical reprobates responsible for my Kafkaques nightmare is above the law. Without  fear of  contradiction this epiphany would not have happen  during Joseph "sleepy Joe" Biden or Barack "fugazy" Obama administration

43.    I make no apology in my familiarity  because I have come to know you very well despite the facts that it has been decades since  your last interaction with me while you were clear for Her Honor Constance Baker Motley. I know that her Ladyship who was a very learned, ethical, moral, competent, independent distinguished jurist who is a solon is probably turning in her gave if she knows you turned out to be a very craven, manipulative, mendacious, disingenuous, unethical, immoral, incompetent, xenophobic bigot who  is a reprobate and has become a pathological liar and a sociopath.

44.    Regardless of the fact that  iam now an agonist  and a free thinker I still remember the scripture. After all I was educated in my formative years by the Jesuits the "soldiers of Christ," raised by Nuns and was an Alter  Boy Mass Servant. Presumably, you are a " Christian" and are familiar with the  " On the road to Damacus" which is an idiom that refers to a sudden and profound moment of change which  of Saul a prosecutor of Christians transformation to the Apostle Paul after hearing the voice of Jesus in a blinding light while travelling to Damacus Paul according to biblical stories became a very  confidant of Jessus and was responsible for spreading Christianity. Saul was a Jew. In modern usage "on the road to Damacus" signifies a life-altering even of sudden turning point where someone's perspective, beliefs, ethics, moral  or personality under goes a radical change.

45.    It also includes "conversion" "awakening" "epiphany" or "a turning point. Have you stopped drinking Lewis " douche bag" Kaplan's cool aid ? or no longer being contaminated by that geriatric  sexual perverted psychotic sociopath cunt Catherine O' Hagan Wolf Clerk of the Cort United States Court of Appels for the Second Circuit corrupt extraneous influence which motivated you in the past to commit fraud on the court and obstructed Justice ? A  United States Postal Services Priority Mail post marked July 21, 2025 on July 23, 2025.It contained my July 1, 2025 Federal Rule of Civil Procedure  60[b][1][2][3][4][6] motion re 28 U.S.C  2254 federal habeas petition.

46.   You can imagine my surprise. Venue and jurisdiction is proper in the United Sates District Court for the Southern District of New York. I did not invoked 28U.S.C. 455[a]motion for recusals. During the Obama and Biden administrations Senior United States Judge Lewis A.Kaplan ignored  several motions for his recusals despite three Judicial Misconduct and Disability Act  codified in 28 U.S.C. 351-364  complaint Debra Ann Livingston Chief Judge United States Court of Appeals for the Second Circuit was ordered by Cathrine O' Hagan Wolf not to calendared and subjected by complaint before a Second Circuit Judicial

8

Council. Both you and Margo Brodie Chief Judge United States District Court Eastern District of New York are members of the judicial council.

47.    Regarsless of the fact a complaint was also made before Edward Friedland District Director United States District Court SDNY which succinctly delineated Kaplan's open ended fraud on the court, unethical immoral judicial misconduct, incompetency, obstruction of justice, bias, animus, racism, bigotry, xenophobia, intimidation, revelation, the psychotic sociopath who is a reprobate and an incorrigible inveterate pathological liar, who lied to New York State Department of Corrections & Community Supervision Parole officials, that I had threatened to kill him he refused to recuse himself.

48.    Debra Ann Livingston continue to protect Kaplan who is a asshole . Livingston and Kaplan bot Harvard Law School and Paul Wess, Rifkind, Wharton & Garrison alumni. Kaplan is your colleague and you are also Harvard Law My first 28U.S.C 1404[a] motion for change of venue to the United States District Court for the District of Columbia was fraudulent concealed by former Clerk of the Court Ruby Krajick, Debra Freeman former United States Chief Magistrate Judge and Kaplan in 2018.. My Second Motion was ignored in 2023 the United States District Judge denied Van Stuyvesant v. Conway herein [Van Stuyvesant v] FRCP 60[b] motion.

49.    My third Sections 455[a] and 1404[a] motion Van Stuyvesant v Laura Taylor Swaine et al 24-cv-3598 [SDNY June 21, 2024] [PAE]. It was denied by United States District Judge Paul Engelmayer. Immediately I started making noise Hon. Louis Stanton a 97 years old senior judge who is not even ambulatory name was substituted for Engelmayer in the same manner Senior United States District Judge Coleen McMahon did in Curtis Van Stuyvesant United States ex rel. v. William Barr United States Attorney Geneal et al 20-cv-10478 [SDNY. 2021].

50. The Swaine et al bullshit fraudulent opinion has disappeared on Justia, Castex, Velex , Court Listener, Sudicata, FindLaw et al. What an oxymoron desperate action. LMAO I have an Engelmayer dismissal order which I have cited in other matter. LOL. You fired both Krajick and Freeman, but decided to recommended Krajick as a fraud, waste, and abuse investigator with the Administrative Office of United States Courts. A certified fraudster who wasted government resources, abused the process to commit fraud on the court and obstructed justice in this court's inquisition and persecution against me. W What a sanctimonious disingenuous hypocrisy.

51.    Krajick new job is a bribe to keep het quiet, because she has all the " receipts" in regard to all the corruption that occurred in this court during her tenure as Clerk of the Court in the Loretta Preska, Coleen McMahon, Law Taylor Swaine Chief Judgeship kakistrocacy. Ironically the Liberals and alt left wingnuts are up in arms and have indicted Ms. Pam Bondi United States Attorney General for appointing Alina Habba as Acting United States Attorney for the District of New Jersey.

52.    Her appointment is legal under the Federal Vacancies Reform Act. Think what you may about Habba. She is the President choice. Yes she was neither a litigator of former Assistant United States Attorney nor has minimal federal court room experience. The same can be said about 85% of all Federal Circuit Court of Appeals and District Court Judges who prior to their appointments were transactional lawyers who have never prosecuted a moving vehicle violation or litigated in small claims court.

53. I hold no Brief for Ms. Habba United States Constitution Article II, Section 2, Clause 2, known as The Appointment Clause which establishes federal appointments authorities. stripped the SENATE of its Advice and Consent Powers for confirmation of inferior officers. Habba can legally serve for 210 days. Habba does not have an unfettered authority. There is DOJ Office of Professional Responsibility and the

9

New Jersey Disciplinary Review Board [DRB]  handles attorney disciplinary for the  New Jersey Supreme Court to keep her in line.

54.    The DRB  is similar to the New York intermediate appellate court  attorney grievance committees which reviews  recommendation for discipline from various committees and Office of Attorney Ethics [OEA]. The DRB issues its own decisions which are review by the  Supreme Court. According to publisher sources Habba is already under investigation since January 2024 on a complain filed y a former Waitress who was employed by Trump's Bedminster Golf Course in Somerset County NJ.

55.    I doubt she would act recklessly in  disregards to the law or abuse process which would give her antagonists more ammunition which could trigger her disbarment Unlike New York polities , corrupt and unethical attorney grievance committees New Jersey doe not rush to judgement. They are very meticulous, fair ethical and independent and actually understand the meaning of due process

56.    Whether or not she is familiar with the federal rules of civil procedure, federal rules of criminal procedure, rules of evidence, penal code, administrative procedure act, code of federal regulations, immigration and nationality act, internal revenue code makes no difference, because she is an administrator who has  competent  AUSA who are actually responsible for prosecuting or litigating on behalf of the federal government. AUSAs jealousy  guides their independence, and 90% does not allow partisan politics to affect their prosecutorial judgement.

57.    We saw resignations  in the SDNY because they did not agree with the Mainn Justice decision not to prosecute Erick " crooked" Adams New York City mayor. It was  an unfortunate bad political optic which democrats are going to capitalized on including the Presidents pardons in 2026  midterm and   2028 general elections.    What an irony we have   the following women who have played a central part in my on going Kafkaques nightmare. Some committed fraud on the court and obstructed justice, others were the enforcers of  my torture. The perfidious unethical immoral  conduct of Fredericka Miller, who is a common thief, guaranteed my conviction.

58.    Hillary Hassler, Kristen Kirk, Elinor Ostrow wee the enforcers of my torture. Another common Thief is Eloise Nurse  Paterson  who stole more than a million dollars from my personal bank accounts forging my check. Mary Lawson deliberately infected me with Chlamydia in retaliation for filing a complaint against her with city public health officials,, she lied about domestic violence

59.    Former SDNY  Chief United State Magistrate judge Debra Freeman who is a dumb lying bitch controverted former New York County Assistant District Attorney Eliz Ruzzow alibi testimony that I could not have committed any crimes in Manhattan because from February 1997 to May 1998 as lied by Freeman in her fraudulent Report ad Recommendation I was in South East Asia, Hongkong, China, Japan, Singapore.

60.   his cunt also lied that my firm advertisement in Caribbean Life neglected to explain that Suspension of Deportation was repealed by cancellation of removal when in fact with the permission of the Executive Office of Immigration Review   United States Department of Justice    FORM EOIR-42A Application of Cancellation of Removal eligibility  and equity  requirement was reprinted in the advertisement copy. She also bitch about my firm advertisement on WLIB[WLBS  among other urban radio stations including  those in Haitian creole language but failed to discuss that I was regularly invited to  speak on immigration matters on those radio stations as an immigration law expert..

10

61.    Pierre "Peppy" Sutton the CEO whose family owned the WLIB[WBLS Inner City Broadcasting radio stations in several markets around the nation where  my  both  my law firm and public interest law foundation had offices in 24 states was a very close friend.  We were both veterans of foreign wars. He was in Vietnam and I was in Angola. We were both womanizers, and  i was his wing man each night after work when we were on the prowl bar hopping and clubbing  painting the  the city red in our whoring around . We both have disposable income as the scions of wealthy families and have our own independent wealth from hard honest work.

62.    I looked up to him that   as senior  big brother and his mother treated me as a son. Our haters in Gotham nick name us Batman & Robin and our expensive foreign care as bat mobile that was a magnet for the "Benzy  white collar professional red sole Louboutin shoe whores" who were judges, prosecutors, big  law firms, investment bankers,  McKinsey & Company type of management consultants, CPAs, medical doctors, senior civil servants, corporate executives etc. casting their lures. He lived in Morristown and I was in Bernardsville NJ. We both own bachelor pads in Manhattan.

43.    They had me  persecuted and hundred in both New Jersey and  New York City forcing my  relocation to Maui Hawaii  the fall of 1995 to the summer of 1998i.The strass from Lawson persecution triggered a brain aneurysm on my pregnant fiancé. She and my unborn son died. But prosecutors and judges have continue to protect those reprobates. I could not have been in Manhattan as testified to by former New York Couty ADA Eliza Ruzzow to commit fabricated none existing immigration fraud rimes in 1997.

64.    This is the names  of the psychotic sociopaths depraved women, their race and profession who  have been voted into the   inhumanity Hall of Shame. They are wives, side chicks, adulteress, mothers, grandmothers, great grandmothers, sisters, aunts, nieces. But as Mrs. Hillary Rodham Clinton will say " they are a basket of deplorables."  They are:

> Debra Ann Livingston [Caucasian]  Chief Judge Second Circuit, Lara Taylor Swaine [Negro] Chief Judge United States District Court SDNY, Margo Brodie [Caribbean American] Chief Judge United States District Court EDNY, Shirley Troutman Associate Justice New ork State Court of Appeals American [Negro], Dianne Renwick Presiding Justice First Department [Negro],Troy "hood  rat" Webber Associates Justice First Department [Negro], Catherine O'Hagan Wolf [Irish], Debra Freeman [Jewish], Ruby Karrick [Polish], Susanna Molinas Rojas [ Italian] Clerk of the Court First Department,  former ADA Hillary Hassler [Jewish], former ADA  Kristen Kirk [Jewish],  Couty Law Section 18b  attorney Fredericka Miller [Jewish], USDJ Lewis Kaplan [Jewish],  NYS Attorney General Letisha James [ Negro], NYS Governor   Cathleen Hochul [Caucasian],   former Assistant Commissioner NYC Department of Health, former employee and attorney of record for my victimless undocumented illegal aliens alleged "victims" Eloise Nurse Paterson [Caribbean-American], former friend with benefits Mary Lawson [Negro]. ICE Chief Trial Counsel NYC. Wen Ting Cheng [Chines], former ADA Elinor Ostrow [Jew], Judge New York County Melissa Ann Crane [Jew], Judge New York County Ellen Biben [Jew], former New York Couty Judge Jill Konviser Levine  [Jew]; AUSA Jennifer May Parker [ Guyanese American Negro], Cherly Chambers Associate Justice Second Department [Negro], Tanya Kennedy [Negro], [Darcel Clark [Negro].

11

Curtis        Van

Stuyvesant.

Cc *Margo  Brodie Chief Judge United States District Court EDNY 225 Cadman E Plaza Brooklyn New York 11201, * Debra Ann Livingston  Chief Judge United States Cort of Appeals for the Second Circuit  40 Foley Square New York New 1007, * Judge Robert J. Corad Jr., Director Administrative Office of United States Courts 1 Columbus  Circle NE Washington D.C. 2002* Mr.  Chistopher G. Raia Assistant Director  & Special Aen-i-Charge Federal Bureau of Investigation New York City Field Office 26Federal Plaza New York New York 10278, * Mr. Joseph Nocella Jr., Interim United States Attorney Eastern District of New York 225 Cadman Plaza E Brooklyn New York 11201, * Mr. Jay Clayton Interim United States Attorney Southern District of New York 10007,*Mr. Mathew R. Galotti Acting Assistant United States Attorney & Chief Criminal Division Department of Justice 950 Pennsylvania Avenue NW. Washington D.C. 20530-0001.

.

12



This package is made from post-consumer waste. Please recycle - again.

S FIRMLY TO SEAL

RECEIVED

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

AUG 0 ?

PRO SE OFFICE

PRIORITY®
MAIL

...ly.*

tional destinations.

ed.

e the

s of coverage.

ule free Package Pickup,
can the QR code.

PS.COM/PICKUP

PAPER POUCH

how2recycle.info

**FROM:**

Cynthia Van Stuyvesant
Apartment 1S-M
97-15 Horace Harden
Expressway
Corona NY 11368

**TO:**

Laura Taylor Swaine
Chief Judge
United States
District Court
Southern District
of New York
500 Pearl Street
New York NY 10007

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.